**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BANKUNITED, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. _____ |
| ENDURANCE AMERICAN SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, Endurance American Specialty Insurance Company ("Endurance" or "Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441, hereby file this Notice of Removal of the above-captioned action from the Superior Court of the State of Delaware to the United States District Court for the District of Delaware. The grounds for removal are as follows:

1.      The Plaintiff, BankUnited, N.A. (the "Plaintiff") filed a civil action against Endurance in the Superior Court of the State of Delaware, Civil Action File Number N22C-07-009, on July 1, 2022. Service was made on Defendant on July 7, 2022.

2.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served to date upon Endurance, including Plaintiff's Complaint, are attached hereto as Exhibit "A."

3.      In the Complaint, Plaintiff contends that it is "a 'mortgageholder' and/or lender's loss payee and/or additional insured under the Policy and, as such, is entitled to payment of insurance proceeds in connection with any covered property loss which may occur at the Property." Complaint, ¶ 16.  Plaintiff further contends that there was vandalism and theft that damaged the

Property, and it estimated the cost to repair the Property to be at least $615,407.06. *Id.* at ¶ 29. Plaintiff contends it is entitled to payment for the loss under the terms of the insurance policy at issue. *Id.* at ¶¶ 35-36.

4.      Plaintiff is a citizen of the state of Florida. *See* Ex. A, Complaint ¶ 2.

5.      Defendant Endurance American Specialty Insurance Company is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in New York. Therefore, Endurance American Specialty Insurance Company is a citizen of Delaware and New York.

6.      In the Complaint, Plaintiff alleges that the amount in controversy exceeds $615,000.00.  *See* Ex. A, Complaint ¶ 8.

7.      This Court therefore has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and complete diversity exists as between Plaintiff and Defendant.

8.      As required by 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed with the United States District Court for the District of Delaware, within thirty (30) days from the date of service of a copy of the initial pleading upon Endurance setting forth the claim for relief upon which said action is based.

LEGAL\58862819\1

**WHEREFORE**, Defendant hereby removes this civil action from the Superior Court for the District of Delaware to the United States District Court for the District of Delaware.

Dated: July 27, 2022

**COZEN O'CONNOR**

/s/Marla S. Benedek
Marla S. Benedek (DE Bar No. 6638)
1201 N. Market St., Suite 1001
Wilmington, DE 19801
Telephone:     (302) 295-2024
Fascimile:     (302) 250-4498
E-mail: mbenedek@cozen.com

Alycen A. Moss
(*Pro Hac Vice Motion to be submitted*)
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone:     (404) 572-2052
Facsimile:     (877) 728-1396
E-mail:     amoss@cozen.com

*Counsel for Defendant Endurance American
Specialty Insurance Company*

LEGAL\58862819\1

**EXHIBIT A**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| BANKUNITED, N.A. | ) | Civil Action No.: |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **COMPLAINT** |
| v. | ) |  |
|  | ) |  |
| ENDURANCE AMERICAN | ) |  |
| SPECIALTY INSURANCE | ) |  |
| COMPANY | ) |  |
|  | ) |  |
| Defendant. | ) | **JURY OF 12 DEMANDED** |

Plaintiff BankUnited, N.A., ("Plaintiff" or "BankUnited"), by its undersigned counsel, Flaster/Greenberg PC, hereby submits its Complaint against Defendant Endurance American Specialty Insurance Company, ("Defendant" or "Endurance"), and in support thereof, avers as follows:

## **BACKGROUND**

1.     This is an action for breach of contract and declaratory judgment arising out of Endurance's wrongful failure to provide insurance coverage for vandalism, theft, and other damage to certain real property located at 1024 Old Churchmans Road, Newark, DE 19713 (the "Property"), which is covered under a property insurance policy that Endurance sold.

**A.     The Parties, Jurisdiction, and Venue**

2.     BankUnited is a national banking institution headquartered in Florida, with an address of 7765 NW 148 St., Miami Lakes, Florida 33016.

3.     Endurance is an insurance company incorporated in the state of Delaware, with an address of 1221 Avenue of the Americas, New York, New York 10020.

4.     This Court has jurisdiction over this action pursuant to 10 Del. C. § 541, which provides that the Superior Court shall have such jurisdiction as the Constitution and laws of this State confer upon it, the Delaware Declaratory Judgment Act, 10 Del. C. § 6501, which provides for the Court's jurisdiction over declaratory judgment proceedings, and 10 Del. C. § 6502, providing that any person interested under a contract may have any question arising under the contract determined by a court, and obtain a declaration of rights, status or legal relations thereunder.

5.     This Court has personal jurisdiction over Endurance because Endurance is a Delaware corporation, regularly transacts or has transacted business in Delaware, is authorized to do business as an insurer in Delaware, and Endurance sold an insurance policy covering the subject Property located in Delaware.

6.      Venue is proper in this Court because Endurance is a Delaware corporation.

7.      In addition, venue is proper because Endurance sold an insurance policy covering the subject Property located in Delaware, and this action arises out of a loss that occurred at the subject Property in Delaware.

8.      The amount in controversy herein exceeds $615,000 and is within the jurisdictional limits of this Court.

**B.      BankUnited Holds a Mortgage on the Insured Property**

9.      The subject insured Property is owned by Krishnas L.L.C. ("Krishnas"), a Delaware limited liability company with an address of 1024 Old Churchmans Road, Newark, Delaware 19713.

10.     On or about December 30, 2011, Krishnas entered into a loan transaction with First Chatham Bank ("FCB") whereby FCB loaned to Krishnas the principal sum of $3,600,000.00 (the "Loan").

11.     In connection with the Loan, Krishnas executed a Promissory Note in favor of FCB ("Note 1"), in the amount of $1,800,000.00.

12.     Also pursuant to the Loan, Krishnas executed a second Promissory Note in favor of FCB ("Note 2" and, together with Note 1, the "Notes"), in the amount of $1,800,000.00.

13.     As security for repayment of the Loan, on or about December 30, 2011, Krishnas executed a mortgage in favor of FCB (the "Mortgage"), pursuant to which it granted FCB a mortgage lien on the Property, to secure performance of the Krishnas' obligations under the Loan.

14.     Thereafter, the Mortgage and Notes and all rights thereunder were ultimately assigned to BankUnited and, therefore, BankUnited holds the Mortgage on the Property.

### C.     The Endurance Insurance Policy

15.     The Property is insured under an "All Risk" commercial property insurance policy sold by Defendant Endurance, bearing policy number GPH30001314800, effective November 1, 2019 to November 1, 2020 (the "Policy").

16.     BankUnited is a "mortgageholder" and/or  lender's loss payee and/or additional insured under the Policy and, as such, is entitled to payment of insurance proceeds in connection with any covered property loss which may occur at the Property.

17.     The insuring Agreement in Section I of the Policy provides:

> This Policy insures against all risk of direct physical loss or damage to **covered property** described herein occurring during the term of this Policy, except as hereinafter excluded. Unless specifically indicated otherwise, references to **covered location** in this Section I includes the **covered location** and within 1,000 feet thereof.

4

Policy at Section I.(A).

18.     Under the Policy, Endurance agrees to:

> …insure the following real property and personal property at or within a **covered location** unless otherwise indicated herein, that you own, operate, control or for which you are under a contractual obligation to insure for direct physical loss or damage, to the extent of your interest in such property…

Policy at Section I.(B).

19.     The Policy further provides that "Real Property" consists of:

> a. Buildings or structures;
> b. New construction and additions under construction;
> c. Improvements, betterments, alterations and repairs to buildings or structures
> d. Materials, equipment and supplies for new construction, additions, buildings or structures;
> e. Temporary structures;
> f. Machinery, equipment, and fixtures that are permanently attached to a building;
> g. Above and below ground pipes, tanks, flues and drains; and
> h. Contractors' interests in Subsections **a.** through **g.** above, inclusive, to the extent that you have agreed in a written contract or agreement prior to loss to insure such interests.

Policy at Section I.(B)(1).

20.     The policy also covers "Personal Property," which consists of:

5

a. Machinery and equipment;
b. Merchandise, stock, supplies, **raw materials** and **finished goods;**
c. Furniture and fixtures;
d. Electronic equipment;
e. **Processing water;**
f. Moulds and dies;
g. Improvements and betterments in which you have an insurable interest;
h. Personal property, other than motor vehicles, of your directors, officers and employees at a **covered location;** and
i. Personal property of others in your care, custody and control at a **covered location** and for which you are legally liable.

Policy at Section I.(B)(2).

21.    In addition to other rights available to BankUnited under the Policy, Section VII.(N). provides specific additional rights to "Mortgageholders" such as BankUnited.

22.    Section VII.(N) states:

**MORTGAGEHOLDERS**

1. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown on the Declarations in their order of precedence, as their interests may appear.

2. Any such mortgageholder has the right to receive loss payment even if the mortgageholder has commenced foreclosure or similar action on the building or structure.

3. If we deny your claim because of your acts or because you have failed to comply with the terms of this Policy, any such mortgageholder will nevertheless have the right to receive loss payment if such mortgageholder:

a. Pays the premium due under this Policy at our request if you have failed to do so;

b. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

c. Has notified us of any change in ownership, occupancy, or substantial risk known to the mortgageholder.

All of the terms of this Policy will then apply directly to the mortgageholder.

Policy at Section VII.(N).

23.    Section VIII.46. of the Policy defines an "Occurrence" to include loss arising from the perils of vandalism and malicious mischief.

24.    Section IV. of the Policy lists excluded perils, which do not include the perils of vandalism, malicious mischief, or theft property other than electronic data.

**D.     The Loss and the Insurance Claim**

25.     At some point between July 3, 2020 and August 3, 2020, vandals broke into the Property, cutting water pipes and stealing copper piping and other property.

26.     Water from the cut water pipes was reported to have discharged into the Property, causing further damage.

27.     This vandalism and theft at the Property was reported to the Delaware State Police on August 3, 2020, when, upon information and belief, the vandalism was first discovered.

28.     On August 10, 2020, the insurance producer or broker that procured the Policy, NFP-MD-Bethesda, located at 6500 Rock Spring Drive Suite 500, Bethesda, MD 20817, submitted a claim to Endurance under the Policy seeking coverage for the damage and theft at the Property, which is "Covered Property" under the Policy (hereafter, the "Claim").

29.     While the Claim was under investigation, the owner of the Property, Krishnas, submitted to Endurance a loss adjustment prepared by Atlantic Estimating, LLC, which inspected the damage to the Property and estimated the insured cost to repair the Property to be at least $615,407.06.

30.     The above-referenced damage to the Property and the cost to repair same are hereafter referred to collectively as the "Loss."

8

31.     On December 29, 2020, Endurance's counsel, Cozen O'Connor, wrote to Krishnas advising that Endurance was denying the Claim.

**E.     The Loss is Covered Under the Policy and BankUnited is Entitled to Payment for the Loss**

32.     The Property is covered under the Policy.

33.     Furthermore, the Loss is covered under the Policy because it was caused by the covered perils of vandalism, malicious mischief, and/or theft, and is not otherwise excluded.

34.     Endurance's denial of the claim and failure to cover the Loss is a breach of Endurance's obligations under the Policy.

35.     As a "mortgageholder" and/or lender's loss payee and/or additional insured under the Policy, BankUnited is entitled to enforce the terms of the Policy and enforce its right to payment under the Policy in connection with the Loss.

36.     In addition, as a third party beneficiary to the Policy contract, BankUnited is entitled to enforce the terms of the Policy and its right to payment under the Policy in connection with the Loss

37.     Endurance has breached the Policy by failing to pay the Loss to BankUnited.

10028180 v1

## COUNT I
## BREACH OF CONTRACT

38.     BankUnited repeats and realleges each and every allegation set forth above as though fully set forth herein.

39.     BankUnited is entitled to enforce the terms of the Policy and its right to payment under the Policy in connection with the Loss.

40.     BankUnited is in full compliance with all terms and conditions in the Policy as may be applicable to it.

41.     Endurance's failure and/or refusal to accept the Claim and make payment under the Policy for the Loss is a material breach of the Policy contract.

42.     BankUnited has been substantially harmed by Endurance's breach of the Policy and wrongful refusal to pay the plainly covered Loss at the Property.

WHEREFORE, BankUnited respectfully requests that this Court enter judgment in its favor, and against Defendant Endurance, in the amount of the Loss as to be determined at trial, together with all other amounts due and owing under the Policy, along with pre- and post-judgment interest, attorneys' fees, the cost of this action, and all other relief this Court deems equitable and just.

10028180 v1

## SECOND COUNT
## DECLARATORY JUDGMENT

43.     BankUnited repeats and realleges each and every allegation set forth above as though fully set forth herein.

44.     Pursuant to the Declaratory Judgment Act, 10 Del. C. § 6501 et seq., and Super. Ct. Civ. R. 57, BankUnited seeks a declaration that Endurance is obligated, in accordance with the terms of the Policy, to provide insurance coverage for the Loss sustained at the Property as set forth herein.

45.     An actual and justiciable controversy exists between the parties with respect to this issue because Endurance has disclaimed any obligation to provide coverage under the Policy for the Loss sustained at the Property, despite that the Loss is covered under the Policy and BankUnited is entitled to payment for the Loss under the Policy.

46.     A declaration of the parties' rights and obligations under the Policy will resolve the dispute between them.

**WHEREFORE**, BankUnited demands judgment in its favor and against Endurance as follows:

(a)     declaring and adjudging the rights and obligations of the parties under the Policy;

11

(b)     granting BankUnited money damages, including money damages available as supplemental and further relief under 10 Del. C. § 6508, in the amount of the Loss as determined at trial, together with pre- and post-judgment interest;

(c)     requiring Endurance to pay BankUnited's reasonable attorneys' fees in this action;

(d)     requiring Endurance to repay BankUnited for the costs of suit incurred herein; and

(e)     providing for such other and further relief, including any appropriate equitable relief, as the Court may deem equitable and just.

Dated:  July 1, 2022                **FLASTER/GREENBERG P.C.**

                                    _____
                                    By: Damien Nicholas Tancredi
                                    (DE No. 5395)
                                    Damien.tancredi@flastergreenberg.com
                                    1007 North Orange St., Suite 400
                                    Wilmington, DE 19801
                                    Telephone: (302) 351-1910
                                    Facsimile: (302) 351-1919

                                    *Attorneys for BankUnited, NA*

12

**EFiled:  Jul 06 2022 11:02AM EDT**
**Transaction ID 67793329**
**Case No. N22C-07-009 CLS**

## SUMMONS
### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| BANKUNITED, N.A. | ) | Civil Action No.: N22C-07-009 CLS |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ENDURANCE AMERICAN | ) |  |
| SPECIALTY INSURANCE | ) |  |
| COMPANY | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THE STATE OF DELAWARE**
**TO THE SHERIFF OF NEW CASTLE COUNTY**
**YOU ARE COMMANDED:**

To summon the above-named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Damien Nicholas Tancredi, Esquire, Plaintiff's attorney, whose address is 1007 North Orange Street, Suite 400, Wilmington, DE, 19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated:                                           **<u>LISA G. FONTELLO</u>**
                                                        Prothonotary

                                                        _____

                                                        Per Deputy

10031192 v1

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

**LISA G. FONTELLO**
Prothonotary

_____
Per Deputy

10031192 v1

EFiled:  Jul 01 2022 03:40PM EDT
Transaction ID 67786602
Case No. N22C-07-009 CLS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| BANKUNITED, N.A. | ) |
| | ) Civil Action No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ENDURANCE AMERICAN | ) |
| SPECIALTY INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | ) |

## **PRAECIPE**

TO:   PROTHONOTARY

Please issue Summons and Complaint to the Sheriff of New Castle County

to effect service of the Summons and Complaint upon the Defendant, Endurance

American Specialty Insurance Company, by serving its registered agent, The

Corporation Trust Company at The Corporation Trust Center, 1209 Orange Street,

Wilmington, DE 19801.

10027746 v1

Dated:   July 1, 2022                    **FLASTER/GREENBERG P.C.**

_____

By: Damien Nicholas Tancredi
(DE No. 5395)
Damien.tancredi@flastergreenberg.com
1007 North Orange St., Suite 400
Wilmington, DE 19801
Telephone: (302) 351-1910
Facsimile: (302) 351-1919

*Attorneys for BankUnited, NA*

10027746 v1

AFFIDAVIT OF SERVICE

## IN THE SUPRERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BANKUNITED N.A., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) | C.A. No. |
| | ) | |
| Defendant., | ) | |

STATE OF DELAWARE   }
                         }ss.
COUNTY OF NEW CASTLE  }

I, Zahid Nawaz, of the State of Delaware, County of New Castle, being duly sworn, says that on the 7th day of July, 2022, at 11:56 a.m. I personally served copy of a SUMMONS AND COMPLAINT with supporting documents on Endurance American Specialty by serving the registered agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Amy McLaren- authorized to accept. Description of individual: Caucasian female, 35-40 yrs. old, 135lbs., 5'5" with brown hair.

_____
Zahid Nawaz

Subscribed and sworn before me
This 7th day of July, 2022

_____
Notary Public
My commission expires:

LISA M. JOYNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May, 20, 2024