# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANKUNITED, N.A., | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) Civil Action No. 1:22-cv-00982- RGA |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION TO REMAND CASE TO STATE COURT AND ORDER THEREON

WHEREAS Plaintiff BankUnited, N.A. and Defendant Endurance American Specialty Insurance Company have agreed that it is appropriate to remand this case back to state court;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between Plaintiff BankUnited, N.A. and Defendant Endurance American Specialty Insurance Company, through their undersigned counsel, that this case is remanded back to the Superior Court of the State of Delaware, Civil Action File No. N22C-07-009, without prejudice to the rights, defenses and arguments of all parties, and the parties shall bear their own fees and costs.

Dated: August 19, 2022

| **FLASTER GREENBERG PC** | **COZEN O'CONNOR** |
|---|---|
| */s/ Damien Nicholas Tancredi* | */s/ Marla S. Benedek* |
| Damien Nicholas Tancredi (DE Bar No. 5395) | Marla S. Benedek (DE Bar No. 6638) |
| 1007 North Orange Street, Suite 400 | 1201 N. Market Street, Suite 1001 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 351-1910 | Telephone: (302) 295-2024 |
| Facsimile: (302) 351-1919 | Facsimile: (302) 250-4498 |
| E-mail: damien.tancredi@flastergreenberg.com | E-mail: mbenedek@cozen.com |
| *Counsel for Plaintiff BankUnited. N.A.* | *Counsel for Defendant Endurance American Specialty Insurance Company* |

SO ORDERED:

Dated: August 19, 2022

/s/ Richard G. Andrews
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

LEGAL\59203919\4